■ OGDEN J. ROSS et al., Appellants, v. CITY OF ROCHESTER et al., Respondents.— Motion for permission to appeal to the Court of Appeals upon a certified question granted, without costs. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ LEON J. WALRATH, Appellant, v. STATE OF NEW YORK, Respondent.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue and files and serves brief on or before December 15, 1959 and is ready for argument at the January 1960 Term of this court, in which event the motion is denied. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ PAUL J. RICKETT, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 31266.) MARGARET M. RICKETT, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 31267.) — Motion to dismiss appeal granted, without costs, unless appellants perfect appeal, file note of issue, and file and serve record and brief on or before December 15, 1959, and are ready for argument at the January 1960 Term of this court, in which event the motion is denied. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ JOHN WATTAWA, Appellant, v. FEDERICO STALLFORTH et al., Respondents.— Motion for permission to appeal to the Court of Appeals denied, without costs. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of JOHN D'ANGELO, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before December 15, 1959, and is ready for argument at the January 1960 Term of this court, in which event the motion is denied. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of MICHAEL D'ANGELO, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before December 15, 1959, and is ready for argument at the January 1960 Term of this court, in which event the motion is denied. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of JOSEPH LODICO, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— The order of this court, entered on August 27, 1959, amended so as to provide that the appellant may perfect his appeal, file note of issue and file and serve record and brief on or before December 15, 1959 and be ready for argument at the January 1960 Term of this court. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of EDNA M. CARPENTER, Appellant, against NEW YORK STATE EMPLOYEES' RETIREMENT SYSTEM et al., Respondents.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of CARMAN R. SICILIA, Appellant, against NEW YORK STATE EMPLOYEES' RETIREMENT SYSTEM et al., Respondents.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of MORGAN D. RYAN, Petitioner, against SUPREME COURT OF THE STATE OF NEW YORK et al., Respondents.—Proceeding pursuant to article 78 of the Civil Practice Act in the nature of prohibition against a Trial Term of the Supreme Court and the Justice thereof. The problem pre-